UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOANIE HERMAN, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BUILDERS FIRSTSOURCE, INC., and BUILDERS FIRSTSOURCE – SOUTHEAST GROUP, LLC,<br><br>　　　　　　　Defendants. | NO:  2:20-CV-0146-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the Parties' Stipulated Motion for Dismissal with Prejudice (ECF No. 6).  The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for the dismissal of the above-captioned action with prejudice and without an award of costs or attorneys' fees to any party. The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear their own costs and attorneys' fees.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 25, 2020.



THOMAS O. RICE
Chief United States District Judge